IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLANAPO AD OLAJIDE,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO, et al.,<br><br>  Defendants.<br>_____/ | No. C 16-4472 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS; VACATING HEARING** |

Before the Court are two motions:  (1) defendant Bank of America, N.A.'s "Motion to Dismiss Plaintiff's Complaint or for a More Definite Statement," filed September 12, 2016; and (2) defendant Compass Bank's "Motion to Dismiss Plaintiff's Complaint or for a More Definite Statement," filed September 14, 2016.  On September 21, 2016, plaintiff Olanapo Ad Olajide filed an amended complaint, titled "Civil Action at Common Law for Account Render and Declaratory Relief."

A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  See Fed. R. Civ. P. 15(a)(1).  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent."  Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

In the instant case, plaintiff filed his amended complaint within 21 days after service of the above-referenced defendants' motions to dismiss, and, consequently, was entitled to amend as of right.  See Fed. R. Civ. P. 15(a)(1).

Accordingly, the Court hereby DENIES as moot defendants' motions to dismiss the initial complaint, and VACATES the hearing scheduled for October 21, 2016.

**IT IS SO ORDERED.**

Dated: October 5, 2016

MAXINE M. CHESNEY
United States District Judge